IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL TROY OLSON,

    Petitioner,

v().    CASE NO. 5:13-cv-195-RS-GRJ

N.C. ENGLISH, WARDEN, FCI MARIANNA,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Amended Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Amended Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

3. The clerk is directed to close the file.

**ORDERED** on August 22, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**